**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                          PLAINTIFF

v.                                    CASE NO. 4:15-CR-00240-01 BSM

JAMES IVORY EDGERSON                                                                               DEFENDANT

**ORDER**

James Ivory Edgerson's motion for relief from the judgment pursuant to 28 U.S.C. section 2255 and Federal Rule of Civil Procedure 60(b)(6) [Doc. No. 213] is denied.

Edgerson requests redaction of any information from his presentence investigation report ("PSR") that might prevent him from participating in the Bureau of Prison's residential drug treatment program and receiving time credits towards his sentence. His motion is denied because it is not the proper subject of a motion under 28 U.S.C. section 2255, it is untimely, and it is barred by his plea agreement. *See, e.g.*, *Tribble v. United States*, No. 3:16-CV-10029, 2018 WL 5116540, at *3–5 (S.D. W. Va. Sept. 25, 2018) (proposed findings and recommendations). Further, it does not warrant relief under Rule 60(b)(6). *See also* Fed. R. Crim. P. 32(f) (establishing procedures to object to information contained in the PSR).

IT IS SO ORDERED this 10th day of July 2019.

_____
UNITED STATES DISTRICT JUDGE